

# United States District Court
# Eastern District of California

| CALVIN LINCOLN, | Case Number: 2:23-cv-00806 |
|---|---|
| Plaintiff(s) | |
| V. | |
| MX TECHNOLOGIES, INC. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Philip L. Fraietta hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Calvin Lincoln

On 02/25/2015 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/03/2023          Signature of Applicant: /s/ Philip L. Fraietta

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Philip L. Fraietta |
| Law Firm Name: | Bursor & Fisher, P.A. |
| Address: | 888 Seventh Avenue |
| City: | New York |
| State: | NY |
| Zip: | 10019 |
| Phone Number w/Area Code: | (646) 837-7150 |
| City and State of Residence: | Yorktown Heights, NY |
| Primary E-mail Address: | pfraietta@bursor.com |
| Secondary E-mail Address: | awinfield@bursor.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Stefan Bogdanovich |
| Law Firm Name: | Bursor & Fisher, P.A. |
| Address: | 1990 N. California Blvd., Suite 940 |
| City: | Walnut Creek |
| State: | CA |
| Zip: | 94596 |
| Phone Number w/Area Code: | (925) 300-4455 |
| Bar #: | 324525 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 05/09/23

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

———

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Philip Lawrence Fraietta

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 25, 2015,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 12, 2023.

*Maria T. Fasulo*

Clerk of the Court

CertID-00113668