**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com
         bscott@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALVIN LINCOLN, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>     v.<br><br>MX TECHNOLOGIES, INC.,<br><br>                                    Defendant. | Case No. 2:23-cv-00806-KJN<br><br>**STIPULATION AND ORDER SETTING SCHEDULE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND RELATED FILINGS** |

1  **STIPULATION**

2  Pursuant to Eastern District of California Local Rule 144 and Federal Code of Civil
3  Procedure 6(b), Plaintiff Calvin Lincoln and Defendant MX Technologies, Inc., by and through
4  their respective counsel of record, respectfully submit the following Stipulation to (1) allow
5  Plaintiff to file a First Amended Complaint by July 28, 2023, and (2) vacate the Defendant's July
6  17, 2023 deadline to file a response to the original complaint as moot, (3) setting Defendant's new
7  deadline to respond to the First Amended Complaint by August 18, 2023, and, should Defendant
8  file a motion to dismiss the First Amended Complaint, (4) setting Plaintiff's deadline to file an
9  opposition to the motion by September 8, 2023, and (5) setting Defendant's deadline to file a reply
10 by September 22, 2023.

11 The Parties come to this stipulation following a conference of counsel on July 7, 2023.
12 Defendant intended to file a motion to dismiss in response to Plaintiff's complaint on July 17,
13 2023, and Plaintiff intended thereafter to file First Amended Complaint rendering arguments raised
14 in that contemplated motion to dismiss moot. In the interests of judicial economy and the speedy
15 resolution of this case, the Parties therefore agreed to stipulate to the aforementioned schedule.
16 NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

17 1. The Court should set July 28, 2023 as the deadline for Plaintiff to file a First Amended
18    Complaint on good cause shown;
19 2. The Court should vacate Defendant's July 17, 2023 deadline to answer or otherwise
20    respond to the original Complaint as moot;
21 3. The Court should set August 18, 2023 as the deadline for Defendant to respond to the First
22    Amended Complaint;
23 4. Should Defendant file a motion to dismiss the First Amended Complaint, set September 8,
24    2023 as the deadline for Plaintiff to file an opposition; and
25 5. Should Defendant file a motion to dismiss the First Amended Complaint, set September
26    22, 2023 as the deadline for Defendant to file a reply.

Dated: July 17, 2023                **BURSOR & FISHER, P.A.**

By: */s/ Stefan Bogdanovich*
Stefan Bogdanovich

*Attorneys for Plaintiff Calvin Lincoln*

Dated: July 10, 2023                **WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

By: */s/ Trevor Templeton (as authorized on 7/10/2023)*
Trevor Templeton

*Attorneys for Defendant MX Technologies, Inc.*

## ORDER

Having considered the Parties' Stipulation and good cause therefore appearing, IT IS HEREBY ORDERED that: (1) Plaintiff's deadline to file a First Amended Complaint in this action is set to July 28, 2023, (2) Defendant MX Technologies, Inc.'s July 17, 2023 deadline to answer or otherwise respond to Plaintiff's original Complaint is vacated as moot, (3) Defendant's new deadline to respond to the First Amended Complaint is set to August 18, 2023.

As to the parties' proposed alteration of the briefing schedule for any forthcoming motion to dismiss, IT IS ORDERED that: (1) Plaintiff's deadline to file an opposition to the motion is set to September 8, 2023; (2) Defendant's deadline to file a reply is set to September 22, 2023; and (3) the hearing on any such motion shall be set for a hearing no earlier than October 3, 2023.

Finally, so that this case is not delayed further, the parties are ordered to file their consent/decline forms by August 11, 2023. For further information, the parties should refer to the initial scheduling order issued on April 28, 2023. (ECF No. 3.)

Dated: July 17, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

linc.806