**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: sbogdanovich@bursor.com
         bscott@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Admitted pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: pfraietta@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN LINCOLN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MX TECHNOLOGIES, INC.,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 2:23-cv-00806-MCE-KJN<br><br>**STIPULATION AND ORDER SETTING SCHEDULE TO FILE OPPOSITIONS AND REPLIES TO DEFENDANT'S MOTIONS TO DISMISS [ECF NO. 25] AND TRANSFER [ECF NO. 26]** |

**STIPULATION**

Plaintiff Calvin Lincoln and Defendant MX Technologies, Inc. (collectively, the "Parties") respectfully submit this request pursuant to Rule 16(b)(4) of the Federal Code of Civil Procedure, which authorizes amendments to a scheduling order for good cause and with the Court's consent.  In support of this joint request, the Parties provide the following background information for the Court's consideration:

Plaintiff filed his Complaint on April 28, 2023.  Dkt. No. 1.  Following a meet-and-confer session regarding Defendant's anticipated Rule 12(b)(6) motion to dismiss, Plaintiff decided to file an Amended Complaint on July 28, 2023.  The Court also entered a briefing schedule regarding Defendant's Motions to Transfer and Dismiss the First Amended Complaint. Dkt. No. 24.  After Plaintiff reviewed Defendant's motions, the Parties met and conferred about the issues in the case, and agreed to modify the scheduling order to grant Plaintiff an additional week to file oppositions and Defendant an additional week to file replies.

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS to respectfully request that:

1. The Court should set October 13, 2023, as the deadline for Plaintiff to file oppositions to Defendant's Motions to Transfer Venue and Dismiss;
2. The Court should set November 10, 2023, as the deadline for Defendant to reply to Plaintiff's oppositions to Defendant's Motions to Transfer and Dismiss.

Dated:  September 28, 2023          **BURSOR & FISHER, P.A.**

By: */s/ Stefan Bogdanovich*
    Stefan Bogdanovich
    *Attorney for Plaintiff*
    Calvin Lincoln

Dated:  September 27, 2023          **WILSON SONSINI GOODRICH & ROSATI**
                                    **Professional Corporation**

By: */s/ Trevor Templeton (as authorized 9/27/23)*
    Trevor Templeton
    *Attorneys for Defendant*
    MX Technologies, Inc.

**ORDER**

Having considered the Parties' Stipulation and good cause therefore appearing, IT IS HEREBY ORDERED that: (1) Plaintiff's deadline to file its oppositions to Defendant's Motions to Transfer Venue and Dismiss in this action is set for October 13, 2023; and (2) Defendant's deadline to reply to Plaintiff's oppositions is November 10, 2023.

IT IS SO ORDERED.

Dated: September 28, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE