1    **BURSOR & FISHER, P.A.**
     Stefan Bogdanovich (State Bar No. 324525)
2    Brittany S. Scott (State Bar No. 327132)
     1990 North California Blvd., Suite 940
3    Walnut Creek, CA 94596
     Telephone: (925) 300-4455
4    Facsimile:  (925) 407-2700
     E-mail: sbogdanovich@bursor.com
5            bscott@bursor.com

6    **BURSOR & FISHER, P.A.**
     Philip L. Fraietta *(admitted pro hac vice)*
7    1330 Avenue of the Americas, 32nd Floor
     New York, NY 10019
8    Telephone: (646) 837-7150
     Facsimile:  (212) 989-9163
9    E-Mail: pfraietta@bursor.com

10
     *Attorneys for Plaintiff*
11

12
                        **UNITED STATES DISTRICT COURT**
13
                        **EASTERN DISTRICT OF CALIFORNIA**
14

15   CALVIN LINCOLN III, individually and on         Case No. 2:23-cv-00806-MCE
     behalf of all others similarly situated,
16                                                    **PLAINTIFF'S MOTION FOR**
                                          Plaintiff,  **ADMINISTRATIVE RELIEF AND**
17        v.                                          **ORDER TO ACCEPT PLAINTIFF'S**
                                                      **OMNIBUS OPPOSITION BRIEF AS**
18   MX TECHNOLOGIES, INC.,                           **FILED**

19                                        Defendant.  Judge:  Hon. Morrison C. England, Jr.

20

21

22

23

24

25

26

27

28

PLAINTIFF'S MOTION TO ACCEPT PLAINTIFF'S OMNIBUS OPPOSITION BRIEF AS FILED
CASE NO. 2:23-CV-00806-MCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff's counsel erroneously filed one 25-page brief opposing Defendant's two separate motions (to transfer and dismiss, ECF Nos. 25 and 26), mistakenly believing it was within the page limit.  Plaintiff's counsel acknowledge their error and recognize that they should have consulted the Court's Initial Pre-Trial Scheduling Order.  Nonetheless, pursuant to Local Rule 233, Plaintiff's counsel respectfully request the Court accept the brief as filed, given that Plaintiff's 25-page omnibus opposition is below the 40 pages Plaintiff is allotted for two separate opposition briefs.

Defendant opposes Plaintiff's request and takes the position that Plaintiff's brief should be stricken.  Should the Court agree, Plaintiff proposes that he be given leave to split his omnibus opposition into two briefs, one responding to the motion to transfer, and the other responding to the motion to dismiss.  Both briefs, combined, would be the same, approximately 25 pages.  Plaintiff believes efficiency favors the submission of one 25-page omnibus brief, but will, of course, defer to the Court's directive.

Dated:  October 19, 2023

**BURSOR & FISHER, P.A**.

By: ____*/s/ Stefan Bogdanovich*____
        Stefan Bogdanovich

Stefan Bogdanovich (State Bar No. 324525)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: sbogdanovich@bursor.com
            bscott@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta *(admitted pro hac vice)*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: pfraietta@bursor.com

*Attorneys for Plaintiff*

1

**ORDER**

2    Having considered the Plaintiff's motion for administrative relief, the Court accepts

3    Plaintiff's omnibus opposition brief (ECF No. 32), as filed.  Defendant may choose to file either

4    one omnibus reply brief or two separate briefs corresponding to each original Motion.

5    The parties are advised, however, that this Court does not have the time or the patience to

6    entertain disputes over such insubstantial minutiae.  Counsel of the caliber appearing in this case

7    should know not to dig their heels in over every disagreement.  Plaintiff's combined twenty-five

8    (25) page opposition is fifteen (15) pages shorter than would be allowed if separate oppositions

9    were filed.  Defendant may not like it, but that saves the Court time, which is greatly appreciated in

10   this district.  In any event, even if separate briefs would together have been limited to twenty-five

11   (25) pages, the Court fails to see how Plaintiff presenting his arguments in one or two briefs

12   matters in the slightest.  There is simply no prejudice to Defendant in having to reply in either one

13   combined or two separate briefs, depending on its preference.

14   Accordingly, counsel are admonished that the Court will not look kindly on having to

15   referee such trivial arguments going forward.  In addition, if counsel prefer to avoid sanctions

16   down the road, they would be wise to find a way to work together to litigate this case both

17   professionally and efficiently.

18   IT IS SO ORDERED.

19   Dated:  October 19, 2023

20

21   MORRISON C. ENGLAND, JR.
     SENIOR UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28