## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                              **JUDGMENT IN A CIVIL CASE**

**CALVIN LINCOLN III, ET AL.,**

                                              CASE NO: **2:23–CV–00806–MCE–CSK**

                v.

**MX TECHNOLOGIES, INC.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 07/02/24**

                                                **Keith Holland**
                                                Clerk of Court

ENTERED: **July 2, 2024**

                                by: /s/ V. Licea Chavez
                                              Deputy Clerk